IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-02481-PAB-CBS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BALA TAYUDEEN, also known as Joseph Mensah,

     Defendant.

_____

## CONSENT JUDGMENT REVOKING NATURALIZATION
_____

This matter comes before the Court on the Joint Motion for Consent Judgment [Docket No. 21]. A Complaint having been filed by the United States of America ("United States" or "plaintiff") against Bala Tayudeen ("defendant"), also known as Joseph Annan Mensah; defendant having counsel file an appearance on his behalf; this Court having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; the parties having filed a Joint Motion for Consent Judgment; and defendant having admitted that he procured his naturalization illegally as described in Count I of the Complaint, it is

**ORDERED** that the Joint Motion for Consent Judgment [Docket No. 21] is granted. It is further

**ORDERED** that, in accordance with the Joint Motion for Consent Judgment, judgment is entered in favor of the United States of America and against defendant. It is further

**ORDERED** that the Court finds that defendant procured his United States citizenship illegally.  It is further

**ORDERED** that the order admitting defendant to United States citizenship is revoked and set aside, effective as of the original date of the order, March 23, 2006.  It is further

**ORDERED** that Certificate of Naturalization No. 29003894 is cancelled, effective as of the original date of the order, March 23, 2006.  It is further

**ORDERED** that defendant is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of his March 23, 2006 naturalization.  It is further

**ORDERED** that defendant shall, within ten days of this Order, surrender and deliver his Certification of Naturalization, any and all United States passports, and any other indicia of United States citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to counsel for the United States, Anthony D. Bianco.  It is further

**ORDERED** that this judgment shall be effective as of August 31, 2017.  It is further

**ORDERED** that the parties shall appear for a compliance hearing on September 15, 2017, at 1:30 p.m., at which time defendant must demonstrate that he has complied with this Judgment, unless plaintiff provides notice that defendant has fully complied and this judgment is satisfied.

DATED June 2, 2017.

BY THE COURT:

  s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge